**Order entered July 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00822-CR

## EX PARTE DAVID L. SCHNITZER

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC15-A-1884-D**

## ORDER

The Court has received appellant's appeal from the trial court's order denying his application for writ of habeas corpus. This is an accelerated criminal appeal under Texas Rule of Appellate Procedure 31.

We **ORDER** the Dallas County Clerk to file, by **JULY 24, 2015**, the clerk's record containing all of the documents filed in this proceeding.

Appellant's brief is due by **AUGUST 14, 2015**. The State's brief is due by **SEPTEMBER 4, 2015**. If any party does not file its brief, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The parties will be notified of the submission date after all briefs have been filed or the time for filing briefs has passed.

We **DIRECT** the Clerk to send copies of this order to John Warren, Dallas County Clerk, and to counsel for all parties.


/s/     LANA MYERS
         JUSTICE